IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSTENS, INC. | § § | |
| v. | § § | Case No. 4:20cv225 |
| JERRY DEAN HAMMONS, JR. | § | |

### ORDER

On this day, the Court considered Plaintiff's Motion for Leave to File Complaint and Verified Application for Temporary Restraining Order and Preliminary Injunction Under Seal (Dkt. #1).  Having considered the motion, the Court finds good cause exists to permit Plaintiff to file its Original Complaint (the "*Complaint*") and its Verified Application for Temporary Restraining Order and Preliminary Injunction (the "*Application*") under seal because Plaintiff's interest in protecting its confidential and competitively sensitive information outweighs generalized interest in access to the Complaint and Application.

Therefore, the Court hereby orders that the Complaint and Application are to be filed under seal.  Pursuant to Local Rule CV 5(a)(7)(E), Plaintiff shall publicly file versions of the Complaint and Application with the confidential and competitively sensitive information redacted within two business days of the date of this Order.

**IT IS SO ORDERED.**

**SIGNED this 19th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE