# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSTENS, INC.** | § | |
| | § | |
| **V.** | § | **CIVIL NO. 4:20-CV-00225-ALM** |
| | § | |
| **JERRY DEAN HAMMONS, JR. and** | § | |
| **SANDRA LOUISE ARNOLD** | § | |
| **HAMMONS** | § | |

## DEFENDANT JERRY DEAN HAMMONS, JR.'S
## SIXTH NOTICE OF WRITTEN DISCOVERY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Jerry Dean Hammons, Jr., Defendant in the above-entitled and numbered cause, and hereby notifies the Court and counsel that the following discovery responses were served on all counsel of record on June 18, 2021:

1. Defendant Jerry Dean Hammons, Jr.'s Objections and Answers to Plaintiff's First Set of Interrogatories.

Respectfully submitted,

**THE LECRONE LAW FIRM, PC**
Wall Street Plaza
123 North Crockett Street, Suite 200
Sherman, TX 75090
TEL: 903.813.1900
FAX: 903.813.1944

By: */s/ Mark A. Teague*
    **ADAM B. LECRONE**
    State Bar No. 00786447
    **JOHN W. BREEZE**
    State Bar No. 00796248
    **MARK A. TEAGUE**
    State Bar No. 24003039
    **HILLARY LUCKETT CLARK**
    State Bar No. 24077714
    **ALEXANDRIA K. CARPENTER**
    State Bar No. 24101596
    **RHONDA D. HOLCOMB**
    State Bar No. 24099024
    **BLAISE S. WILCOTT**
    State Bar No. 24086481
    **SELENE DOMINGUEZ PEÑA**
    State Bar No. 24106929
    **MOLLY J. KAELIN**
    State Bar No. 24122949
    ESERVICE@LECRONELAW.COM

ATTORNEYS FOR DEFENDANT JERRY DEAN HAMMONS, JR.

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of June, 2021, the foregoing instrument was forwarded to the following counsel of record:

Mr. Brian Vanderwoude
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, TX  75201
TEL:   214.981.9900
FAX:   214.981.9901
vanderwoude.brian@dorsey.com

Mr. Michael C. Wynne
**WYNNE & SMITH**
707 W. Washington Street
PO Box 2228
Sherman, TX 75090
TEL:       903.893.8177
FAX:       903.892.0916
mwynne@wynnesmithlaw.com
cmiksits@wynnesmithlaw.com

*/s/ Mark A. Teague*
**MARK A. TEAGUE**
